IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE:  :

MICHAEL ROBERT CARITHERS, JR.  :  MISC. CASE NO. 11-mc-303
 :  (DISCIPLINARY)

Respondent  :

*********************************************************************

## ORDER OF RECIPROCAL DISBARMENT

Michael R. Carithers, Jr., Esquire, was admitted to practice before the bar of this Court on October 10, 2003. On July 21, 2011, this Court received a copy of an Opinion and Order from the Court of Appeals of Maryland disbarring Respondent, effective thirty (30) days after the effective date of the Order. On August 3, 2011, a Show Cause Order was entered by this Court and sent by regular and certified mail, return receipt requested. On August 10, 2011, Mr. Carithers filed his response and informed the Court that he filed a Motion for Reconsideration with the Court of Appeals of Maryland. On November 14, 2011, the Disciplinary and Admissions Committee was informed that Respondent's Motion for Reconsideration was denied on August 12, 2011 and his case is considered to be closed. The Disciplinary and Admissions Committee considered the matter on January 10, 2012. It is therefore

ORDERED this 18th day of January, 2012, by the United States District Court for the District of Maryland, that Michael Robert Carithers, Jr., Esquire, be and hereby is, disbarred from the practice of law before this Court pending further order of the Court. The disbarment is entered *nunc pro tunc*. Reinstatement is not automatic; Respondent must comply with Local Rule 705.4.

The Clerk is directed to send a certified copy of this Order to Respondent by regular and certified mail, return receipt requested. The Clerk is further directed to send a certified copy of this Order by regular mail to the (i) Court of Appeals of Maryland; (ii) District of Columbia Court of Appeals, (iii) United States Court of Appeals for the District of Columbia Circuit; (iv) United States Court of Appeals for the Fourth Circuit; (v) United States District Court for the District of Columbia; (vi) United States Court of Federal Claims; (vii) Maryland Attorney Grievance Commission; (viii) Board of Professional Responsibility in the District of Columbia; and (ix) National Lawyer Regulatory Data Bank, Center for Professional Responsibility, American Bar Association.

Deborah K. Chasanow, Chief Judge
United States District Court